# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **DIANE L. DYESS,**<br>　　　　*Plaintiff,*<br><br>v.<br><br>**ANDREW M. SAUL,**<br>　　　　*Defendant*. | §<br>§<br>§　　　6:19-CV-00307-ADA<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

In accordance with the Order Adopting Report and Recommendations of United States Magistrate Judge Jeffrey C. Manske (ECF No. 20), this Court enters its Judgment as follows:

**IT IS ORDERED** that Plaintiff's Objections to the Report and Recommendation of the United States Magistrate Judge, (ECF. 19), are **OVERRULED.**

**IT IS FURTHER ORDERED** that the final decision of the ALJ is **AFFIRMED**.

**IT IS FURTHER ORDERED** that all costs of court will be taxed against the party incurring the same.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this Judgment is **DENIED**.

SIGNED this 30th day of September, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE